```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:17-00051

**TARA SHEPHERD**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On May 1, 2019, the United States of America appeared by Andrew J. Tessman, Assistant United States Attorney, and the defendant, Tara Shepherd, appeared in person and by her counsel, Brian D. Yost, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Kachine Jonese.  The defendant commenced a three-year term of supervised release in this action on August 6, 2017, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on July 3, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by her on October 21, 2018, for amphetamine, methamphetamine and marijuana; her admission as set forth on a voluntary admission form admitting the use of methamphetamine on November 5, December 6 and 21, 2018, and February 6 and 28, 2019; and a positive urine specimen submitted on January 16, 2019, for methamphetamine; (2) the defendant failed to report for random urine screening as directed on September 12, October 23, November 2, 7, 15 and 28, December 5, 14, 18 and 27, 2018; and January 3, 9, 22 and 28, 2019; (3) the defendant failed to report for individual substance abuse counseling as set forth in Violation No. 2; (4) the defendant entered the detoxification program at Highland Hospital on February 8, 2019, and left the program without permission from staff or the probation officer; and (5) the defendant failed to report to the MOTHER Program on February 14, 2019, as directed by the probation officer; all as admitted by the defendant on the record of the hearing and all

2

as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS, to be followed by a term of thirty-two (32) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that she participate

in and successfully complete the 28 day inpatient program at Prestera in Huntington, West Virginia, to be followed by the 4 to 6 month residential program at the Renaissance Program adjacent to Prestera, where she shall follow the rules and regulations of both facilities, participate in drug abuse counseling and treatment as directed by the program and the probation officer, and participate in random urine screens. Upon conclusion of the Renaissance Program, the defendant shall participate in and successfully complete, the 6 to 12 month residential program at Rea of Hope in Charleston, West Virginia, where she shall follow the rules and regulations of the facility, participate in drug abuse counseling and treatment as directed by the program and the probation officer, and continue to participate in random urine screens.  The defendant shall travel directly from incarceration to Prestera, and then from program to program, directly and without interruption.

　　　　The defendant was remanded to the custody of the United States Marshal.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: May 22, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge