```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:17-00051

TARA SHEPHERD


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On November 25, 2019, the United States of America appeared by Andrew J. Tessman, Assistant United States Attorney, and the defendant, Tara Shepherd, appeared in person and by her counsel, Brian D. Yost, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Kachine Jonese.  The defendant commenced a thirty-two month term of supervised release in this action on July 26, 2019, as more fully set forth in the Supervised Release Revocation and Judgment Order entered entered by the court on May 22, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence as follows: that the defendant has violated the terms of her supervised release in that the defendant was directed to complete a series of programs having to do with drug abuse counseling and treatment consisting of the 28-day Prestera program, which she completed, followed by the Renaissance Program of four to six months residential program, to be followed by another residential program at Rae of Hope for a six to twelve month period. The defendant, after completing the initial program at Prestera, entered upon the Renaissance Program on September 2, 2019, and was discharged from the program a month and a half later on October 15, 2019, for aggressive and threatening behavior toward other clients at that facility; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

After hearing counsel for the parties, the court holds the petition in abeyance and allows the defendant to continue on supervised release with the following special condition: that she participate in and successfully complete the six to twelve

month Rae of Hope residential program, including compliance with its rules and regulations.

It is further ORDERED that the defendant be released from custody at 10:00 a.m. on January 24, 2020. As a further condition of supervised release, she is to proceed directly to the Rae of Hope program, it being understood that Melvin Shepherd is to transport her from her place of custody to the Rae of Hope program.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: January 23, 2020

John T. Copenhaver, Jr.
Senior United States District Judge